IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245 045, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-CV-1054-WKW |
| | ) [WO] |
| KATHRYN D. HUBBARD, ANNE ADAMS HILL, CAPTAIN LOGAN, WARDEN PHYLISS BILLUPS, | ) |
| Defendants. | ) |

## **ORDER**

Before the court are the Recommendation of the Magistrate Judge (Doc. # 4) and Plaintiff's objections (Doc. # 5). Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), it is ORDERED as follows:

1. Plaintiff's objections (Doc. # 5) are OVERRULED;

2. the Recommendation (Doc. # 4) is ADOPTED; and

3. Plaintiff's action is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i-iii).

A final judgment will be entered separately.

DONE this 1st day of December, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE